Decisions announced without Opinions.

March 6, 1899. *Mr. Joseph H. Choate, Mr. Arthur v. Briesen* and *Mr. Antonio Knauth* for petitioner. *Mr. Edmund Wetmore* and *Mr. Charles G. Coe* opposing.

———

No. 719. STATE BANK OF AMBIA *v.* CHICAGO TITLE AND TRUST COMPANY. Seventh Circuit. Denied March 13, 1899. *Mr. Daniel Fraser* and *Mr. Otto Gresham* for petitioner. *Mr. Samuel O. Pickens* and *Mr. Smiley N. Chambers* opposing.

———

No. 270. GRATZ *v.* LAND AND RIVER IMPROVEMENT COMPANY. Seventh Circuit. Denied April 11, 1899. *Mr. Henry S. Wilcox* for petitioner. *Mr. John C. Spooner, Mr. A. L. Sanborn* and *Mr. Maxwell Evarts* opposing.

———

No. 730. MEXICAN CENTRAL RAILWAY COMPANY *v.* MARSHALL. Fifth Circuit. Denied April 11, 1899. *Mr. A. T. Britton* and *Mr. A. B. Browne* for petitioner.

———

No. 754. CHAPMAN *v.* YELLOW POPLAR LUMBER COMPANY. Fourth Circuit. Denied April 17, 1899. *Mr. J. F. Bullitt* and *Mr. R. A. Ayers* for petitioner. *Mr. John N. Baldwin* opposing.

———

No. 717. GLAW *v.* PENNSYLVANIA COMPANY. Sixth Circuit. Denied April 17, 1899. *Mr. Charles Dick* and *Mr. Frederick C. Bryan* for petitioner. *Mr. William B. Sanders* opposing.

———

No. 748. SCAIFE *v.* WESTERN NORTH CAROLINA LAND COMPANY. Fourth Circuit. Denied April 17, 1899. *Mr. A. C. Avery* for petitioner.